# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

JAYMMIE MARIE POPLAWSKI,

            Respondent

        v.

RICHARD ANDREW POPLAWSKI,

            Petitioner

: No. 583 MAL 2021
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of April, 2022, the Petition for Allowance of Appeal is **DENIED**.